UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80940-RS

WINDY LUCIUS,

    Plaintiff,

v.

MEAT MARKET PALM BEACH, LLC
and SB ICE STEAK, LLC

    Defendants.
_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, WINDY LUCIUS ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendants, MEAT MARKET PALM BEACH, LLC and SB ICE STEAK, LLC ("Defendants") to resolve her claim against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.

2